ACCEPTED
04-15-00392-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/21/2015 12:19:48 PM
KEITH HOTTLE
CLERK

NO. <u>04-15-00392-CV</u>

# IN THE FOURTH COURT OF APPEALS

## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/21/15 12:19:48 PM
KEITH E. HOTTLE
Clerk

### JOYCE ANN SARRO,

*Appellant,*

### V.

### MICHAEL A. SARRO,

*Appellee.*

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

Rachel S. Sadovsky
Cordell & Cordell, P.C.
10101 Reunion Place, Suite 250
San Antonio, Texas 78216
Tel: (210) 812-3400
Fax: (210) 812-3401
rsadovsky@cordelllaw.com
SBN: 24081315
***Counsel for Appellee Michael A. Sarro***

TO THE HONORABLE FOURTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellee, Michael A. Sarro, files this Unopposed First Motion to Extend Time to File Appellee's Brief.

Appellee's opening brief is currently due on December 21, 2015.

Counsel for Appellee requests a 30-day extension of time to file its brief, making the brief due on January 20, 2016. This is the first request for extension of time to file the reply brief.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

1. Counsel for Appellee has had a vacation planned since mid-year and has had a vacation letter on file with the courts since November of this year, attached hereto as Exhibit A; and

2. Counsel for Appellee has already provided counsel for Appellant two extensions of time to file their brief and counsel for Appellant has indicated that he would not oppose the extension.

Counsel for Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented.

This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including January 20, 2016. Appellee prays for all other relief to which he may be entitled.

Respectfully submitted,

Rachel S. Sadovsky    with Permission

Rachel S. Sadovsky
Cordell & Cordell, P.C.
10101 Reunion Place, Suite 250
San Antonio, Texas 78216
Tel: (210) 812-3400
Fax: (210) 812-3401
rsadovsky@cordelllaw.com
SBN: 24081315
**Counsel for Appellee Michael A. Sarro**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellant regarding this motion and that Appellee/Appellant is not opposed to this motion.

_____
Rachel S. Sadovsky
Counsel for Appellee Michael A. Sarro

## CERTIFICATE OF SERVICE

I certify that on December 21, 2015, I served this motion through electronic service through an electronic filing manager and by fax to R. Robert Willmann; Attorney at Law; P.O. Box 460167, San Antonio, Texas 78246; (361) 552-4305 (willaw@prismnet.com) – Attorney for Appellant Joyce Ann Sarro.

_____
Rachel S. Sadovsky
Counsel for Appellee Michael A. Sarro

FILED
11/23/2015 11:53:01 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cynthia Flores



**EXHIBIT**

"A"



A Domestic Litigation Firm

*A Partner Men Can Count On.®*

**RACHEL S. SADOVSKY**
ASSOCIATE ATTORNEY
rsadovsky@cordelllaw.com

November 17, 2015

Civil Jury Setting Clerk
Bexar County Courthouse
100 Dolorosa Street
San Antonio, Texas 78205

Civil Non-Jury Setting Clerk
Bexar County Courthouse
100 Dolorosa Street
San Antonio, Texas 78205

Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, Texas 78205

Guadalupe County District Clerk
Guadalupe County Courthouse
101 E. Court St., Suite 308
Seguin, Texas 78155

Bandera County District Clerk
P. O. Box 2688
Bandera, Texas 78003

Wilson County District Clerk
P.O. Box 812
Floresville, Texas 78114

Kerr County District Clerk
Kerr County Courthouse
700 Main Street
Kerrville, Texas 78028

Kendall County District Clerk
Kendall County Courthouse
201 E. San Antonio Street, Ste. 201
Boerne, Texas 78006

Karnes County District Clerk
210 W. Calvert, Suite 180
Karnes City, Texas 78118

Uvalde County District Clerk
Courthouse Plaza, Box 15
Uvalde, Texas 78801

Gillespie County District Clerk
101 West Main Street,
Mail Unit 3, Room 204
Fredericksburg, Texas 78624-3700

Atascosa County District Clerk
Atascosa County Courthouse
1 Courthouse Circle Drive, Suite 4-B
Jourdanton, Texas 78026

Bee County District Clerk
P. O. Box 666
Beeville, Texas 78104

Medina County District Clerk
1100 16th Street, Room 209
Hondo, Texas 78861

Maverick County District Clerk
500 Quarry Street, Suite 5
Eagle Pass, Texas 78852

Cameron County District Clerk
Cameron County Courthouse
Judicial Building, 3rd Floor
974 East Harrison Street
Brownsville, Texas 78520

Phone: 210.812.3400
Fax: 210.812.3401
Toll Free: 866.323.7529

10101 Reunion Place
Suite 250
San Antonio, TX 78216

MensDivorce.com · DadsDivorce.com · CordellCordell.com
Cordell & Cordell, P.C. | Cordell Law, LLP

**Re:    Vacation Notice**

Dear Sir and/or Madams:

This letter shall serve as notice that I will be out of the office on vacation, firm business or involved in State Bar related activities during the following periods:

**December 21, 2015 to December 30, 2015**

I would appreciate your assistance in not scheduling any court settings, trials, or otherwise for me during this time period.

Thank you for your cooperation and professional courtesies.

Best regards,
**CORDELL & CORDELL, P.C.**

RACHEL S. SADOVSKY
Texas State Bar No. 24081315

RSS:jh

cc:    Opposing Counsel via facsimile